**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| EGYPT MUSLIMAH LOVE a/k/a GENEVA RONDA STONE, Inmate No. 13010353,   Plaintiff, | : : : : : : : : : | PRISONER CIVIL RIGHTS 42 U.S.C. § 1983  CIVIL ACTION NO. 1:14-CV-2859-WSD-JSA |
| v. | | |
| SHERIFF PHIL D. MILLER; et al.,   Defendants. | | |

**MAGISTRATE JUDGE'S ORDER AND FINAL REPORT AND RECOMMENDATION**

After Plaintiff was released from the Fulton County Jail, this Court entered an Order on November 20, 2014, instructing Plaintiff to pay the $400.00 filing fee plus the $50.00 administrative fee or to complete and submit a non-prisoner *in forma pauperis* affidavit in order for this Court to determine her responsibility for the $350.00 filing fee still owed to the Clerk of Court.[1]  (Doc. 9).  In that same Order, based on the confusing and rambling nature of the complaint and purported handwritten motions to amend the complaint, this Court also ordered Plaintiff to amend the complaint on the proper forms in compliance with the Federal Rules of Civil Procedure, by:  (1) drafting the amendment on the form provided by the

---

[1] The $50.00 administrative fee is waived if *in forma pauperis* status is granted.

Clerk; (2) clearly captioning any amended filing as an amendment to Civil Action No. 1:14-cv-2859-WSD-JSA; (3) adding no more than ten pages to the form provided; (4) writing on only one side of each page and double spaced; (5) providing the name of each intended defendant; (6) providing only factual allegations concerning events in which Plaintiff suffered some injury; (7) clearly identifying each defendant responsible for that injury; (8) omitting all legal arguments or conclusions; (9) providing information on the administrative relief Plaintiff has pursued, including any grievances filed; (10) providing detailed information on all prisoner civil actions Plaintiff previously filed; and (11) specifying the relief she seeks from this Court. Plaintiff was advised that if she did not comply with this Court's instructions within thirty (30) days, the complaint may be dismissed. As of January 6, 2015, Plaintiff has neither paid the filing and administrative fees or submitted a non-prisoner *in forma pauperis* affidavit. Nor has she filed the required amendment.

**IT IS THEREFORE RECOMMENDED** that the instant action be **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to obey a lawful Order of the Court. *See* L.R. 41.3A, N.D. Ga.

AO 72A
(Rev.8/82)

**IT IS ORDERED** that Plaintiff's motion for discovery [Doc. 10] is **DENIED AS MOOT**.

The Clerk is **DIRECTED** to terminate the referral to the undersigned Magistrate Judge.

**IT IS SO RECOMMENDED AND ORDERED** this 8th day of January, 2015.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)