IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

EGYPT MUSLISMAH LOVE, a/k/a
GENEVA RONDA STONE,

          Plaintiff,

v.

SHERIFF PHIL D. MILLER, et al.,

          Defendants.

1:14-cv-2859-WSD

**OPINION AND ORDER**

This matter is before the Court on Magistrate Judge Justin S. Anand's Final Report and Recommendation [11] ("R&R"). The R&R considers Plaintiff Egypt Muslismah Love's a/k/a Geneva Ronda Stone ("Plaintiff") Complaint [1] ("Complaint"). The Magistrate Judge recommended that Plaintiff's Complaint be dismissed without prejudice for failure to comply with the Magistrate Judge's November 20, 2014, Order [9].

I.    **BACKGROUND**

On September 4, 2014, Plaintiff, filed her Complaint, alleging mistreatment by numerous officers, doctors, and nurses at the Douglasville County Jail, where Plaintiff was then incarcerated. On October 1, 2014, the Magistrate Judge granted [3] Plaintiff request to proceed *in forma pauperis* ("IFP").

On November 18, 2014, Plaintiff filed a Notice of Change of Address [8], which indicated that Plaintiff had been released from incarceration.  On November 20, 2014, the Magistrate Judge entered an Order [9] requiring Plaintiff, within thirty (30) days, to submit a non-prisoner IFP application, and to file an amended complaint that complied with the Federal Rules of Civil Procedure.  (November 20, 2014, Order, at 2-3).

Plaintiff did not comply with the Magistrate Judge's November 20, 2014, Order.  On January 8, 2015, the Magistrate Judge recommended that the Court dismiss Plaintiff's Complaint for failure to comply with the Order.  (R&R at 2).  Plaintiff did not file any objections to the R&R.

## II.   DISCUSSION

### A.   Legal Standard

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert denied, 459 U.S. 1112 (1983).  A district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  28 U.S.C. § 636(b)(1).  With respect to those findings and

recommendations to which a party has not asserted objections, the district judge must conduct a plain error review of the record. United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983).

  B. Analysis

As Plaintiff has not objected to the Magistrate Judge's R&R, the Court reviews the Magistrate Judge's findings and recommendations for plain error. See Slay 714 F.2d at 1095.  The Magistrate Judge found that Plaintiff failed to comply with the November 20, 2014, Order, and properly recommended that the Court dismiss Plaintiff's Complaint.  See LR 41.3(A)(2), NDGa.  The Court finds no plain error in Magistrate Judge's findings and recommendation.  See Slay, 714 F.2d at 1095.

### III. CONCLUSION

For the foregoing reasons,

**IT IS HEREBY ORDERED** that Magistrate Judge Justin S. Anand's Final Report and Recommendation [11] is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint [1] is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** this 4th day of May, 2015.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE